District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SIANG-SIANG HUANG,<br><br>        Petitioner,<br><br>v.<br><br>THUY LINH TRAN, *et al.*,<br><br>        Respondents. | No. 2:23-cv-1439-TL<br><br>STIPULATED MOTION TO REMAND AND DISMISS<br><br>[PROPOSED]<br><br>Note for Consideration:<br>October 17, 2023 |

    Petitioner Siang-Siang Tran brought this action that the Court docketed pursuant to 8 U.S.C. § 1447(b), seeking de novo review of her Form N-400, Application for Naturalization. The parties have reached an agreement that will resolve this case in its entirety.

    The parties jointly stipulate and move this Court to remand the matter to U.S. Citizenship and Immigration Services ("USCIS"), and to dismiss this matter without prejudice, without fees or costs to either party. Once remanded, USCIS agrees to adjudicate Petitioner's Form N-400 and, if approved, schedule an oath ceremony within forty-five days of the remand. Accordingly, the parties have resolved all outstanding issues and further judicial intervention is unnecessary.

//

//

//

STIPULATED MOTION TO DISMISS AND REMAND
(C23-1439-TL) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: October 17, 2023

Respectfully submitted,

TESSA M. GORMAN
Acting United States Attorney

*/s/Aimei Xi*
AIMEI XI, WSBA #48639
Bright Law Firm PLLC
14205 SE 36th Street, Suite 100
Seattle, WA 98006
Tel.: (425) 209-0126
Email:  aimei@usbrightlawfirm.com

*Attorney for Petitioner*

*/s/ Michelle R. Lambert*
MICHELLE R. LAMBERT
NYS#4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Tel.: (253) 428-3824
Email: michelle.lambert@usdoj.gov

*Attorneys for Respondents*

STIPULATED MOTION TO DISMISS AND REMAND
(C23-1439-TL) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800

**[PROPOSED]** ORDER

It is hereby ORDERED that this case is REMANDED to United States Citizenship and Immigration Services ("USCIS").  USCIS shall adjudicate Petitioner's Form N-400 and, if approved, schedule an oath ceremony within forty-five days from remand.  This matter is DISMISSED without prejudice and without fees or costs to either party.

Dated this 17th day of October 2023.

_____
Tana Lin
United States District Judge

STIPULATED MOTION TO DISMISS AND REMAND
(C23-1439-TL) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 4258-3800